**United States Bankruptcy Court**
**DISTRICT OF** Florida [Middle]

**Name of Debtor (if individual, enter Last, First, Middle):**
THOMPSON    LESTER EARL, JR

**Name of Joint Debtor (Spouse) (Last, First, Middle):**
NONE

**All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):**
L. E. THOMPSON, JR

**All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):**

**Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):**

**Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):**

**Street Address of Debtor (No. and Street, City, and State):**
2312 W. U.S. HIGHWAY 27
CLEWISTON, FL 33440-8950
ZIP CODE

**Street Address of Joint Debtor (No. and Street, City, and State):**
ZIP CODE

**County of Residence or of the Principal Place of Business:** HENDRY

**County of Residence or of the Principal Place of Business:**

**Mailing Address of Debtor (if different from street address):**
(AS Above = SAME)
ZIP CODE

**Mailing Address of Joint Debtor (if different from street address):**
ZIP CODE

**Location of Principal Assets of Business Debtor (if different from street address above):**
ZIP CODE

**Type of Debtor (Form of Organization) (Check one box.)**
- [X] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business (Check one box.)**
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other FARMER

**Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)**
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [X] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors** (Not Ch 15)
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity (Check box, if applicable.)**
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts (Check one box.)**
- [X] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee (Check one box.)**
- [ ] Full Filing Fee attached.
- [X] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors** (Not Ch 11)
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

NF

**Statistical/Administrative Information**
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY
FILED VIA MAIL
JUL 18 2014

**Estimated Number of Creditors**

| [X] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [X] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**

| [X] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **THOMPSON, LESTER E, JR** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: *None* | Case Number: *None* | Date Filed: *None* |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

*(No Stock, etc = No Security & Exchange Com.)*

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X *(No-Attorney — Filed Pro Se)*
Signature of Attorney for Debtor(s)      (Date)

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)     *(Residence: 2312 W. U.S. Hwy 27, Clewiston, Fla 33440)*

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)     *(Not tenant — own prop.)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
Name of Landlord that obtained judgment

_____
Address of Landlord

_____
City/State/Zip Code

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>THOMPSON, LESTER E., JR |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *L.E. Thompson, Jr. (Pro Se)*
Signature of Debtor (L.E. Thompson, Jr.)

X *NONE*
Signature of Joint Debtor
Ph. 863-599-8890
Telephone Number (if not represented by attorney)

Date JULY 14, 2014

### Signature of Attorney*

X *NONE* — Pro Se
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)

Firm Name

Address

Telephone Number

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. *(NONE — Not Co. or Partnership)*

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.) *(NONE)*

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. *(NONE — Filed — Pro Se)*

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 2007-2013, Alpha Publications of America, Inc. All Rights Reserved.   ASK-1000c   Page 3 of 3

UNITED STATES BANKRUPTCY COURT

_____ District of __FLORIDA__

In re

__LESTER EARL THOMPSON, JR__
_____
                    Debtor(s).

Case No._____

Chapter __13__

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

© 2009 Alpha Publications of America, Inc.
All Rights Reserved.

Form ABK - 1006a

Page 1 of 2

*(Certificate stapled to this page — L.E.T. Jr.)*

☒ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* :

I have requested credit counseling services but I have not yet received my certificate for filing and I do not have e-mail.

*I Took the Counseling — And got Cert. from Office in Clewiston — it is enclosed — L.E. Thompson, Jr.*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirments may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

*(I Took the counseling — Certificate is enclosed.)*

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: *L. E. Thompson, Jr.*
Date: *July 14, 2014*   *L. E. Thompson, Jr.*
*2312 West U.S. Hwy. 27*
*Clewiston, Fla. 33440-8950*

Fill in this information to identify your case:

Debtor 1 __LESTER__ __EARL__ __THOMPSON, JR.__
         First Name   Middle Name   Last Name

Debtor 2 __NONE__
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: __Middle District__ District of __FLORIDA__

Case number _____
(if known)

Check if this is:
☐ An amended filing  (Origenal Filing)
☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | (No-Debtor 2)<br>☐ Employed<br>☐ Not employed |
| Occupation | FARmer | |
| Employer's name | Lester E Thompson, Jr. - Thompson Farms | |
| Employer's address | 2312 West US Hwy 27<br>Number  Street<br>CLewiston<br><br>CLewiston FL 33440<br>City  State  ZIP Code | Number  Street<br><br><br>City  State  ZIP Code |
| How long employed there? | 15 yrs. | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 400.00 | No-Debtor 2 |
| 3. | Estimate and list monthly overtime pay. | +$ 100.00 | +$ |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 500.00 | $ |

Official Form B 6I        FORM ABK-4016a        Schedule I: Your Income        Page 1 of 2

Debtor 1  **LESTER EARL THOMPSON**
First Name   Middle Name   Last Name

Case number (if known) _____

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ................................ → 4. | $ 500.00 | $ No Debtor 2 |

5. List all payroll deductions:

| | | |
|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. $ 200 | $ ___ |
| 5b. Mandatory contributions for retirement plans | 5b. $ 0 | $ ___ |
| 5c. Voluntary contributions for retirement plans | 5c. $ 0 | $ ___ |
| 5d. Required repayments of retirement fund loans | 5d. $ 0 | $ ___ |
| 5e. Insurance | 5e. $ 0 | $ ___ |
| 5f. Domestic support obligations | 5f. $ 0 | $ ___ |
| 5g. Union dues | 5g. $ 0 | $ ___ |
| 5h. Other deductions. Specify: _____ | 5h. +$ 0 | +$ ___ |

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.   6. $ 0    $ ___

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.   7. $ 400.00   $ ___

8. List all other income regularly received:

| | | |
|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ 0 | $ ___ |
| 8b. Interest and dividends | 8b. $ 0 | $ ___ |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ 0 | $ ___ |
| 8d. Unemployment compensation | 8d. $ 0 | $ ___ |
| 8e. Social Security | 8e. $ 0 | $ ___ |
| 8f. Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: Food | 8f. $ 150.00 | $ ___ |
| 8g. Pension or retirement income | 8g. $ 0 | $ ___ |
| 8h. Other monthly income. Specify: _____ | 8h. +$ 0 | +$ ___ |

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9. $ 150   $ ___

10. Calculate monthly income. Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10. $ 550.00 + $ ___ = $ ___

11. State all other regular contributions to the expenses that you list in *Schedule J*.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: NONE _____   11. +$ 0

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data*, if it applies   12. $ 550.00
Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
☐ No.
☑ Yes. Explain: income from Crops & Additional Off farm work

Official Form B 6I         FORM ABK-4016b         Schedule I: Your Income         Page 2 of 2

Fill in this information to identify your case:

Debtor 1: LESTER EARL THOMPSON, Jr
First Name / Middle Name / Last Name

Debtor 2: NONE
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Middle District of Fla.

Case number (If known): _____

Check if this is:
☑ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:
MM / DD / YYYY _____ (NONE)
☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
# Schedule J: Your Expenses
12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?
   ☑ No. Go to line 2.    (No debtor 2)
   ☐ Yes. Does Debtor 2 live in a separate household?
      ☐ No.
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. Do you have dependents?
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.
   ☑ No
   ☐ Yes. Fill out this information for each dependent...

   Dependent's relationship to Debtor 1 or Debtor 2: NONE
   Dependent's age: ____
   Does dependent live with you? ☐ No ☐ Yes (repeated)

3. Do your expenses include expenses of people other than yourself and your dependents?
   ☑ No    ☐ Yes    (No other Person)

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ 0

If not included in line 4:
- 4a. Real estate taxes    4a. $ 1,000 (As of 2014)
- 4b. Property, homeowner's, or renter's insurance    4b. $ 0
- 4c. Home maintenance, repair, and upkeep expenses    4c. $ 0
- 4d. Homeowner's association or condominium dues    4d. $ 0

Official Form B 6J    FORM ABK-4017a    Schedule J: Your Expenses    Page 1 of 3

Debtor 1  **LESTER EARL THOMPSON**    Case number (if known) _____
          First Name  Middle Name  Last Name

*(These - expences ARE Accurate, because I live a very frugal - off grid lifestyle To conserve money.)*

Your expenses

5. Additional mortgage payments for your residence, such as home equity loans   5. $ 0

6. Utilities:
    6a. Electricity, heat, natural gas — *(use wood stove & solar power)*   6a. $ 0 *(off line -* 
    6b. Water, sewer, garbage collection *(Garbage pick-up in Real estate tax)*   6b. $ 0 - *in RE Tax   Solar)*
    6c. Telephone, cell phone, internet, satellite, and cable services   6c. $ 0
    6d. Other. Specify: **NONe**   6d. $ 0

7. Food and housekeeping supplies   7. $ 150⁰⁰ *(Fd stamps*
8. Childcare and children's education costs *(No Child)*   8. $ 0 *(No Child) & FARM*
9. Clothing, laundry, and dry cleaning   9. $ 0    *Food)*
10. Personal care products and services   10. $ 0
11. Medical and dental expenses   11. $ 0
12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments.   12. $ 0 *(No Car → wAlk, etc.)*
13. Entertainment, clubs, recreation, newspapers, magazines, and books   13. $ 0
14. Charitable contributions and religious donations   14. $ 0

15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance   15a. $ 0
    15b. Health insurance   15b. $ 0
    15c. Vehicle insurance   15c. $ 0 *(No CAR)*
    15d. Other insurance. Specify: **NONe**   15d. $ 0

16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: **Real Estate tax (includes garbage pickup)**   16. $ 1000 *(As of 2014 yr.) Per year*

17. Installment or lease payments:
    17a. Car payments for Vehicle 1 *(NO CAR)*   17a. $ 0
    17b. Car payments for Vehicle 2 *(No CAR)*   17b. $ 0
    17c. Other. Specify: **NONe**   17c. $ 0
    17d. Other. Specify: **NONe**   17d. $ 0

18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).   18. $ 0

19. Other payments you make to support others who do not live with you.
    Specify: **NONe**   19. $ 0

20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
    20a. Mortgages on other property **NoNe**   20a. $ 0
    20b. Real estate taxes   20b. $ 0
    20c. Property, homeowner's, or renter's insurance   20c. $ 0
    20d. Maintenance, repair, and upkeep expenses   20d. $ 0
    20e. Homeowner's association or condominium dues   20e. $ 0

Official Form B 6J   FORM ABK-4017b   Schedule J: Your Expenses   Page 2 of 3

Debtor 1  **LESTER  EARL  THOMPSON**, Jr.
        First Name   Middle Name   Last Name

Case number (if known) _____

21. Other. Specify: __NONE_____    21. +$ 0

22. Your monthly expenses. Add lines 4 through 21.
    The result is your monthly expenses.    22. $ 100.00 (RE TAX)

23. Calculate your monthly net income.
    23a. Copy line 12 (your combined monthly income) from Schedule I.    23a. $ 650.00
    23b. Copy your monthly expenses from line 22 above.    23b. −$ 100.00 (RE TAX)
    23c. Subtract your monthly expenses from your monthly income.
         The result is your monthly net income.    23c. $ 550.00

24. Do you expect an increase or decrease in your expenses within the year after you file this form?
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No
    ☑ Yes. Explain here:
        Off Farm work
        Crops on Farm

## DECLARATION CONCERNING DEBTOR'S MASTER MAILING MATRIX

Debtor's Name: __Lester Earl Thompson, Jr.__
Co-Debtor's Name: __NONE__

I(We), __Lester Earl Thompson, Jr.__, do hereby certify under penalty of perjury that the Master Mailing Matrix, consisting of __1__ sheet(s) is(are) complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules.

Date of Execution: __July 14, 2014__

_L.E.Thompson, Jr._
Debtor's signature
L.E. Thompson, Jr.

(NONE)
Co-Debtor's Signature

Attorney's Signature, If applicable
(NONE - Filed Pro-Se)

© 2008, Alpha Publications of America, Inc.
All Rights Reserved.

Form 9050

PEGGY S. HAMPTON
HENDRY COUNTY TAX COLLECTOR
P.O. BOX 1780
LABELLE, FL 33975

ACCT: 1074334-A0000020000


BARBARA S. BUTLER
CLERK OF THE HENDRY COUNTY COURT
P.O. BOX 1760
LA BELLE, FL 33935